# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ROSARIO RUBEN VALDESPINO,

        Plaintiff,

v.                              No. CV 21-196 CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING EXTENSION

**THIS MATTER** is before the Court on Defendant Commissioner Andrew Saul's *Unopposed First Motion of Defendant for Extension of Time to File Answer and Certified Administrative Record* (the "Motion"), (Doc. 8), filed June 17, 2021. The Court, having considered the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until **August 17, 2021**, to file the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE