IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROSARIO RUBEN VALDESPINO,

       Plaintiff,

v.                         No. CV 21-196 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

       Defendant.

## ORDER GRANTING IN PART UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff Rosario Valdespino's *Unopposed Motion for an Extension of Time to File Plaintiff's Motion to Reverse or Remand* (the "Motion"), (Doc. 15), filed October 12, 2021. In the Motion, he asks the Court to extend the briefing deadlines by thirty days due to "unforeseen circumstances" which prevent him from filing timely. (Doc. 15 at 1). However, on October 13, 2021, Plaintiff filed his *Opposed Motion to Reverse and/or Remand*, (Doc. 16). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that Plaintiff is granted through **October 13, 2021**, to serve his Motion to Reverse and Remand for a Rehearing with Supporting Memorandum.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.