# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ROSARIO RUBEN VALDESPINO,

      Plaintiff,

v.                                                                                    No. CV 21-196 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

      Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO REMAND
## UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)

**THIS MATTER** is before the Court on Defendant Commissioner Kilolo Kijakazi's

*Unopposed Motion to Withdraw Its Brief in Response and Remand for Further*

*Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(G)* (the

"Motion"), (Doc. 22), filed February 2, 2022. The Court, having reviewed the Motion, and

noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

      **IT IS THEREFORE ORDERED** that the Commissioner's decision in this matter is

**REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is

**REMANDED** to the Commissioner for further administrative proceedings.[2]

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.

[2] The Court will enter a separate order of final judgment pursuant to Federal Rule of Civil Procedure 58. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).